JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

Place of Offense: Lawrence, MA    Category No. II    Investigating Agency: DEA

City: Lawrence, MA
County: Essex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 25-mj-1572-DLC
Search Warrant Case Number: See Additional Information.
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 1:25-cr-10248-JEK    ☑ Yes ☐ No

**Defendant Information:**
Defendant Name: Julio Alberto Guerrero Baez    Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: Jorge Guzman-Rivera (YOB 1985)
Address: _____
Birth date (Yr only): 1986   SSN (last 4#): ___   Sex: ___   Race: ___   Nationality: ___

Defense Counsel if known: _____   Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Sandra Gonzalez Sanchez    Bar Number if applicable: 710352

Interpreter: ☑ Yes ☐ No    List language and/or dialect: Spanish
Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
Matter to be SEALED: ☐ Yes ☑ No
☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**
Arrest Date: 12/18/2025
☑ Already in Federal Custody as of 12/18/2025 in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☐ Complaint    ☐ Information    ☑ Indictment
Total # of Counts: ☐ Petty ___ ☐ Misdemeanor ___ ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/14/2026    Signature of AUSA: *Sandra Gonzalez Sanchez*

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant  Julio Alberto Guerrero Baez

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. § 1326(a)(1) and (b)(2) | Unlawful re-entry | 1 |
| Set 2 | 21 U.S.C. § 846 | Conspiracy to distribute controlled substances | 2 |
| Set 3 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi) | Distribution and possession with intent to distribute of 400 grams or more of fentanyl | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

25-1571, 25-1171, 25-1172, 25-1173, 24-1174, 25-1175, 25-1176, 25-1177, 25-1559, 25-1169